**LEVASSEUR v. LOWERY**

[353 N.C. 358 (2001)]

NORMAN J. LEVASSEUR v. BILLY JOE LOWERY

No. 370A00

(Filed 6 April 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 139 N.C. App. 235, 533 S.E.2d 511 (2000), affirming in part and reversing and remanding in part an order entered 15 January 1999 by Caldwell, J., in Superior Court, Gaston County. Heard in the Supreme Court 14 March 2001.

*Arthurs & Foltz, by Nancy E. Foltz and Douglas P. Arthurs, for plaintiff-appellant.*

*Womble Carlyle Sandridge & Rice, P.L.L.C., by Clayton M. Custer and Laura M. Wolfe, for unnamed defendant-appellees Beam Electric Co., Inc., and Key Risk Management Services, Inc.*

PER CURIAM.

AFFIRMED.